UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   **CR-05-677-R**                                                      Date: APRIL 15, 2009

===================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| <u>William Horrell</u> | <u>None Present</u> | <u>Scott Garringer</u> |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

===================================================================
U.S.A. vs (Dfts listed below)              Attorneys for Defendants

1)    JOSE RICARDO ALFARO                    1)    David Kaloyanides
        X Not Present   X Custody                         X Not Present   X Appointed

_____

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

**On March 21, 2008, this Court Stayed the matter of ruling on Defendant's Motion for Reduction of Sentence pending resolution of defendant's appeal then active before the U.S.C.A. 9th Circuit. The Mandate of the U.S.C.A. 9th Circuit issued on April 3, 2009, affirming.  On April 13, 2009, the government filed a Revised Response to Defendant's Motion for Reduction of Sentence Pursuant to 18 USC 3528(C), advocating that the Court grant defendant a reduction in sentence from 97 months to 78 months.**

**Based on Defendant's Motion papers, and the Government's Revised Response papers to the Motion, the Court now GRANTS Defendant's Motion for Reduction of Sentence pursuant to 18 USC 3528(C), and ORDERS defendant's sentence reduced to 78 months in the custody of the Bureau of Prisons, with all other terms of the judgment remaining as previously imposed.  The Court will issue an Amended Judgment and Probation/Commitment Order accordingly.**

MINUTES FORM 6                                              Initials of Deputy Clerk __WH_____
CRIM -- GEN